Name and address:

Jonathan Berry
Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, D.C. 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alliance for Fair Board Recruitment | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-05644-RGK-RAO |
| v. | |
| Dr. Shirley N. Weber | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE |
| Defendant(s). | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Berry, Jonathan A.
*Applicant's Name (Last Name, First Name & Middle Initial)*        check here if federal government attorney ☐

Boyden Gray & Associates PLLC
*Firm/Agency Name*

801 17th St. NW, Suite 350                202-955-0620            202-955-0621
                                          *Telephone Number*      *Fax Number*
*Street Address*

Washington, D.C. 20006                    berry@boydengrayassociates.com
*City, State, Zip Code*                   *E-mail Address*

**I have been retained to represent the following parties:**

Alliance for Fair Board Recruitment       ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
                                          ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Virginia | 11/2/2011 | No - Inactive Member in Good Standing |
| Washington, D.C. | 9/06/2013 | Yes |
| U.S. Court of Appeals for Fifth Circuit | 2/18/2021 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 7/19/21

Jonathan Berry
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Brown, William
*Designee's Name (Last Name, First Name & Middle Initial)*

Brown Wegner LLP
*Firm/Agency Name*

2010 Main Street, Suite 1260

*Street Address*

Irvine, CA 92614
*City, State, Zip Code*

949-705-0080
*Telephone Number*           *Fax Number*

bill@brownwegner.com
*Email Address*

192950
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated July 19, 2021

William Brown
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Court Admissions:

United States District Court for the Eastern District of Virginia
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the D.C. Circuit     1/31/2014    Active Member in Good Standing
United States Court of Appeals for the Federal Circuit  3/17/2021    Active Member in Good Standing



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Jonathan Andrew Berry*

was duly qualified and admitted on September 6, 2013 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2021.**

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# VIRGINIA STATE BAR
Certificate of Good Standing Request
Submit this completed form with your check made payable
to the Treasurer of Virginia and a pre-addressed, stamped envelope to
Virginia State Bar, 1111 East Main Street, Suite 700, Richmond, VA 23219-0026.

Name (as licensed): **Jonathan Andrew Berry**          VSB ID #: **81864**

**Certificate Types:**

1. **Certificate of Good Standing.** This certificate contains your current status (active, associate, etc.; in good standing or not in good standing) of membership with the Virginia State Bar and your date of licensure in Virginia. *NOTARIZATION NOT REQUIRED.*

   [✓] Certificate of Good Standing - $20 each (additional copies $5 each)          TOTAL $ **20.00**

2. **Disciplinary Certificate of Good Standing** (fitness to practice has **not** been challenged). Contains the information in #1 and if this certificate is provided to a third party, the request **must** contain the attorney's signature to authorize the release of information. *NOTARIZATION REQUIRED.*

   [ ] Disciplinary Certificate of Good Standing - $25 each (additional copies $5 each)     TOTAL $ _____

3. **Letter of Discipline History** (fitness to practice **has/has not** been challenged). Contains the information in #1 and if this certificate is provided to a third party, the request **must** contain the attorney's signature to authorize the release of information. *NOTARIZATION REQUIRED.*

   [ ] Letter of Discipline History - $25 each (additional copies $5 each)          TOTAL $ _____

**Authorization for Release:**

I hereby authorize the Virginia State Bar to search and release any information (public or private) found in my disciplinary history to the address on the enclosed envelope.

Attorney Signature ___/s/___          Date **7/19/2021**

## NOTARY INFORMATION

Commonwealth/State of _____

In the City/County of _____

The foregoing was subscribed and sworn to before me by _____

on this _____ day of 20_____.

_____          _____
Notary Public                                                Commission Expiration

Standard requests are processed and mailed within approximately 3 to 5 business days of receipt. Certificates are mailed using the provided pre-addressed stamped envelope. For an expedited certificate please send your request with a prepaid commercial delivery or appropriate prepaid USPS return envelope. Expedited requests are processed and mailed within approximately 2-3 business days. For questions, please call the Membership Department at (804) 775-0530 or email membership@vsb.org.

2/9/21