Jonathan Berry
Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, D.C. 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alliance for Fair Board Recruitment<br><br>Plaintiff(s)<br>v.<br>Dr. Shirley N. Weber<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-05644-RGK-RAO<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Berry, Jonathan A.
*Applicant's Name (Last Name, First Name & Middle Initial*
202-955-0620          202-955-0621
*Telephone Number*      *Fax Number*
berry@boydengrayassociates.com
*E-Mail Address*

of

Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, D.C. 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Alliance for Fair Board Recruitment

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Brown, Jr., William J.
*Designee's Name (Last Name, First Name & Middle Initial*
192950            949-705-0080
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
bill@brownwegner.com
*E-Mail Address*

of

BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application:
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated:**

**U.S. District Judge/U.S. Magistrate Judge**