Jonathan Berry
Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, D.C. 20006

Case 2:21-cv-01951-JAM-AC   Document 22   Filed 07/26/21   Page 1 of 1
LINK TO [18]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alliance for Fair Board Recruitment | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-05644-RGK-RAO |
| v. | |
| Dr. Shirley N. Weber | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Berry, Jonathan A.
*Applicant's Name (Last Name, First Name & Middle Initial*
202-955-0620    202-955-0621
*Telephone Number*    *Fax Number*
berry@boydengrayassociates.com
*E-Mail Address*

of

Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, D.C. 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Alliance for Fair Board Recruitment

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Brown, Jr., William J.
*Designee's Name (Last Name, First Name & Middle Initial*
192950    949-705-0080
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
bill@brownwegner.com
*E-Mail Address*

of

BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: July 26, 2021**

/s/ R.GARY KLAUSNER
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1