

United States District Court
Eastern District of California

| Alliance for Fair Board Recruitment | | Case Number: | 2:21-cv-01951 |

Plaintiff(s)

V.

| Weber |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Buschbacher hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Alliance for Fair Board Recruitment

On 09/08/2017 (date), I was admitted to practice and presently in good standing in the Washington, D.C., Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/27/2021    Signature of Applicant: /s/ Michael Buschbacher

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael Buschbacher |
| Law Firm Name: | Boyden Gray & Associates |
| Address: | 801 17th Street NW |
| | Suite 350 |
| City: | Washington     State: D.C.   Zip: 20006 |
| Phone Number w/Area Code: | (202) 955-0620 |
| City and State of Residence: | Hyattsville, Maryland |
| Primary E-mail Address: | buschbacher@boydengrayassociates.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Bradley Benbrook |
| Law Firm Name: | Benbrook Law Group |
| Address: | 400 Capitol Mall |
| | Suite 2530 |
| City: | Sacramento     State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 447-4900    Bar #: 177786 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 27, 2021

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT