BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

BOYDEN GRAY & ASSOCIATES PLLC
C. BOYDEN GRAY, Admitted Pro Hac Vice
JONATHAN BERRY, Admitted Pro Hac Vice
MICHAEL BUSCHBACHER, Admitted Pro Hac Vice
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
berry@boydengrayassociates.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>　　　　　　Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**NOTICE OF INTENT TO STAND ON COMPLAINT** |

On January 11, 2022, this Court held a hearing on Defendant Shirley N. Weber's Motion to Dismiss Plaintiff Alliance for Fair Board Recruitment's Complaint (ECF No. 41). The Court issued a ruling from the bench at the conclusion of argument granting that motion in part and denying it in part. *See* ECF No. 70. The Court dismissed Plaintiff's Fourteenth Amendment Equal Protection challenge to SB 826 (Count I) without prejudice and dismissed Plaintiff's Constitutional Internal Affairs Doctrine challenges to SB 826 and AB 979 (Count IV) with prejudice. The Court

denied Defendant's motion to dismiss as to Plaintiff's Fourteenth Amendment Equal Protection challenge to AB 979 (Count II) and Plaintiff's challenge to AB 979 under 42 U.S.C. § 1981 (Count III), allowing those two claims to go forward as pled. The Court gave Plaintiff twenty days to file an amended complaint, and Defendant twenty days thereafter to respond. *See* ECF No. 70.

Having carefully considered the Court's ruling and reasoning, Plaintiff hereby gives the Court notice that it intends to forgo amendment and to stand on its Complaint. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004) (plaintiff may elect to forego amendment by giving the court notice in writing that it intends to stand on its complaint). Counsel for Plaintiff has conferred with counsel for Defendant, who has agreed that a responsive pleading as to the remaining allegations in the Complaint will be due no later than twenty days after the filing of this notice.[1]

Respectfully submitted,

Dated: January 27, 2022                BOYDEN GRAY & ASSOCIATES PLLC

By: /s/ Michael Buschbacher
*Counsel for Plaintiff*

---

[1] Plaintiff does not waive its right to appeal the dismissal of Counts I and IV at the proper time, or to seek leave to amend at some future date. Plaintiff is not seeking interlocutory appeal.