Rob Bonta, State Bar No. 202668
Attorney General of California
Michael L. Newman, State Bar No. 222993
Senior Assistant Attorney General
Laura Faer, State Bar No. 233846
Vilma Palma-Solana, State Bar No. 267992
Supervising Deputy Attorneys General
Heidi Joya, State Bar No. 311747
Edward Nugent, State Bar No. 330479
Julia Harumi-Mass, State Bar No. 189649
Sophia A. Carrillo, State Bar No. 326428
Deputy Attorneys General
 1300 I Street
 Sacramento, CA 95814
 Telephone: (916) 210-6380
 Fax: (916) 327-3219
 E-mail: Sophia.Carrillo@doj.ca.gov
*Attorneys for Defendant
California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALLIANCE FOR FAIR BOARD RECRUITMENT,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | 2:21-cv-01951-JAM-AC<br><br>**DEFENDANT SECRETARY OF STATE SHIRLEY N. WEBER'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING APPEAL AND STATE COURT TRIALS**<br><br>Date: May 17, 2022<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: TBD<br>Action Filed: July 12, 2021 |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT** on May 17, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable John A. Mendez in Courtroom 6 of the Robert T. Matsui Federal Courthouse, 501 I Street, Room 4-200, Sacramento, California, Defendant Shirley N. Weber, in her official capacity as California Secretary of State, will and hereby does move to stay the proceedings in this action. The requested stay is limited to the last to occur of the following: (1) the Ninth Circuit Court of Appeal's remand of the pending appeal in *Meland v. Weber*, No. 22-15149 (9th Cir. 2022); (2) the trial court's entry of judgment in *Robin Crest, Earl de Vries, and Judy de Vries v. Shirley N. Weber*, *(Crest I)*, No. 19STCV27561, (Cal. Super. 2019) (pending verdict); or (3) the trial court's entry of judgment in *Robin Crest, Earl de Vries, and Judy de Vries v. Shirley N. Weber*, *(Crest II)*, No. 20STCV37513, (Cal. Super. 2020) (scheduled for trial on May 2, 2022).

**This Motion is made following conference of counsel pursuant to the Court's standing order, which took place telephonically on February 18 and February 25, 2022**. Plaintiff opposes the motion to stay.

This Motion is based on this Notice, the Memorandum of Points and Authorities, and the Declaration of Deputy Attorney General Sophia A. Carrillo in support thereof, the pleadings and papers on file in this action, the arguments of counsel, and such matters as may be presented to the Court at the time of hearing.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: March 7, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MICHAEL L. NEWMAN<br>Senior Assistant Attorney General |
| 4 | | LAURA FAER<br>VILMA PALMA-SOLANA |
| 5 | | Supervising Deputy Attorneys General |
| 6 | | HEIDI JOYA<br>EDWARD NUGENT |
| 7 | | JULIA HARUMI-MASS<br>Deputy Attorneys General |
| 9 | | */s/ Sophia A. Carrillo* |
| 10 | | SOPHIA A. CARRILLO<br>Deputy Attorney General |
| 11 | | *Attorneys for Defendant*<br>*California Secretary of State* |

3