IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>*Defendant*. | CIVIL ACTION<br><br>No. 2:2021-cv-01951-JAM-AC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 182(d), attorney Jordan E. Smith withdraws her appearance as counsel for plaintiff Alliance for Fair Board Recruitment. Jordan E. Smith is no longer with Boyden Gray & Associates PLLC. Alliance for Fair Board Recruitment remains represented by Michael Buschbacher, who has entered an appearance in this case.

Dated: March 15, 2022.                                    Respectfully submitted,

*/s/ Jordan E. Smith*
Jordan E. Smith
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 240-2358
jsmith@schaerr-jaffe.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

.

                                        */s/Jordan E. Smith*
                                        Jordan E. Smith