IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY** |

Upon Consideration of the parties' stipulation requesting that the Court extend the deadline for Plaintiff to respond to Defendant Secretary of State Shirley N. Weber's Motion to Stay Proceedings Pending Appeal and State Court Trials, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Plaintiff's response in opposition will be due on March 25, 2022, and Defendants' reply will be due on April 4, 2022.

IT IS SO ORDERED.

DATED: March 23, 2022              /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE