IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLIANCE FOR FAIR BOARD RECRUITMENT,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | Case No. 2:21-cv-01951-JAM-AC<br><br>**ORDER GRANTING EXTENSION OF DEADLINES FOR SUMMARY JUDGMENT BRIEFING AND DISCOVERY** |

Having review and considered the stipulation of the parties requesting that the Court extend the deadlines for the parties' forthcoming briefing on Plaintiff's Motion for Summary Judgment and for Plaintiff's responses to Defendant's pending discovery requests, and with good cause appearing, IT IS HEREBY ORDERED that:

The Secretary's Opposition to Alliance's Motion for Summary Judgment will be due on May 12, 2022;

Alliance's Reply in support of its Motion for Summary Judgment will be due on May 24, 2022; and

In the event that the Court denies the Alliance's currently pending Motion for Summary Judgment, the Alliance's responses to the Secretary's discovery requests dated March 18, 2022, will be due 30 days thereafter.

1 **IT IS SO ORDERED**.

2

3 DATED: April 8, 2022                /s/ John A. Mendez

4                                                THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE