IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br><br>Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br><br>**ORDER GRANTING JOINT REQUEST TO STAY CASE PENDING RESOLUTION OF APPEAL IN *CREST V. PADILLA II*** |

Upon Consideration of the Joint Request to Stay Case Pending Resolution of Appeal in *Crest v. Padilla II*, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The joint request to stay is GRANTED and this case is hereby STAYED until either: (1) the state trial court's forthcoming injunction is lifted, narrowed, or stayed; or (2) the state court of appeal issues an opinion on the appeal. The parties shall submit to the the Court a joint status reports every 90 days following the issuance of this stay. IT IS FURTHER ORDERED that the deadline for the Secretary to respond to Plaintiff's pending motion for summary judgment should be set for 60 days after the stay in this case is lifted, with any reply due 10 days thereafter; Plaintiff's pending discovery responses, including the Secretary's Requests for Production, Sets One and Two, Requests for Admission, Set One, and Subpoenas to Edward Blum and to Robert Morris, are due 14 days after the stay in this case is lifted.

IT IS SO ORDERED.

DATED:  May 19, 2022                    /s/ John A. Mendez
_____
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE