BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

BOYDEN GRAY & ASSOCIATES PLLC
C. BOYDEN GRAY, Admitted *Pro Hac Vice*
JONATHAN BERRY, Admitted *Pro Hac Vice*
MICHAEL BUSCHBACHER, Admitted *Pro Hac Vice*
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
berry@boydengrayassociates.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT, <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant. | Case No.: 2:21-cv-01951-JAM-AC <br><br> **JOINT STATUS UPDATE AND REQUEST TO CONTINUE STAY** |

On May 19, 2022, Plaintiff Alliance for Fair Board Recruitment (Alliance) and Defendant Shirley N. Weber, in her official capacity of Secretary of State of the State of California, jointly requested that this Court stay this matter pending the appeal in *Crest v. Padilla*, No. 20STCV37513 (Cal. Super. Ct. 2020) (hereinafter, *Crest II*). See ECF No. 101. On May 20, this Court granted the request and stayed this case until either: (1) the state trial court's injunction is lifted, narrowed, or stayed; or (2) the state court of appeal issues an opinion on the appeal.

As the parties explained in their August 18, 2022 status report, ECF No. 104, the Secretary of State has submitted a petition for writ of supersedeas with the state court of appeal seeking a stay of the state trial court's June 2 permanent injunction through the pendency of appeals or alternatively narrowing the injunction to the extent it prohibits the Secretary of State from collecting and reporting data under the portions of the California Corporations Code modified by AB 979.

On September 16, Presiding Justice Rothschild of the California 2nd District Court of Appeal (Court of Appeal) issued a temporary stay order, staying the trial court's injunction "to the extent it requires [the Secretary of State] to modify [her] procedures for and/or enjoins collecting and reporting data under subdivision (c) of section 301.4 of the Corporations Code . . . pending resolution of the petition for writ of supersedes or further order of [the] Court." This order is attached hereto as Exhibit A.

The parties have conferred and agree that, given the anticipated forthcoming final order on the Secretary's request for a stay of the *Crest II* injunction from the Court of Appeal, a 30-day continuance of the current stay in this case would serve the interests of justice and judicial economy and is permitted under this Court's inherent authority to manage its docket, including by continuing a stay pending the resolution of proceedings which may impact the case. *See, e.g., Leyva v. Certified Growers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005).

The parties therefore respectfully request that the Court continue the current stay and order parties to file a joint status report in 30 days, calculated from the date of the Court's order continuing the stay.

Respectfully submitted,

Dated: September 21, 2022   BOYDEN GRAY & ASSOCIATES, PLLC

By /s/ Michael Buschbacher
   MICHAEL BUSCHBACHER
   *Attorney for Plaintiff*

Dated: September 21, 2022   ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
LAURA L. FAER
VILMA PALMA-SOLANA
Supervising Deputy Attorneys General
  HEIDI JOYA
  EDWARD NUGENT
  JAMES E. RICHARDSON
  KENNETH J. SUGARMAN
  DELBERT K. TRAN
Deputy Attorneys General

By /s/ Irina Trasovan
   IRINA TRASOVAN
   Deputy Attorney General
   Attorneys for California Secretary of State