IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE STAY** |

　　Upon consideration of the Joint Status Update and Request to Continue Stay, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

　　The joint request to continue the stay in this case is GRANTED, and the stay in this case is CONTINUED for thirty days from the date of this order. The parties shall submit to the the Court a joint status report thirty days following the issuance of this order.

IT IS SO ORDERED.

DATED: September 23, 2022　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE