IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**ORDER LIFTING STAY AND GRANTING JOINT REQUEST TO EXTEND DEADLINES** |

Upon consideration of the Joint Status Update and Request to Extend Deadlines, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The stay in this case is LIFTED and that the joint request to extend deadlines in this case is GRANTED. IT IS FURTHER ORDERED that the deadlines are extended as follows:

1. Plaintiff's pending discovery responses, including the Secretary's Requests for Production, Sets One and Two, Requests for Admission, Set One, and Subpoenas to Edward Blum and to Robert Morris, are due on December 8, 2022;

2. The Secretary's response to Plaintiff's pending motion for summary judgment is due January 23, 2023; and

3. Plaintiff's reply brief in support of its motion for summary judgment is due on February 2, 2023.

IT IS SO ORDERED.

DATED: October 25, 2022           /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE