BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

BOYDEN GRAY & ASSOCIATES PLLC
C. BOYDEN GRAY, Admitted *Pro Hac Vice*
JONATHAN BERRY, Admitted *Pro Hac Vice*
MICHAEL BUSCHBACHER, Admitted *Pro Hac Vice*
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
berry@boydengrayassociates.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>           Plaintiff,<br><br>     v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>           Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF SUMMARY JUDGMENT BRIEFING DEADLINES** |

Plaintiff Alliance for Fair Board Recruitment and Defendant Shirley N. Weber, in her official capacity as Secretary of State of the State of California (Secretary), respectfully request that the Court grant a brief extension of the summary judgment briefing deadlines in this case.

1. On January 23, 2023, the Secretary filed her brief in opposition to Plaintiff's Motion for Summary Judgment. ECF No. 114.
2. Under the current briefing schedule, Plaintiff's reply brief in support of its motion for summary judgment is due on February 2, 2023. ECF No. 109.
3. Due to unforeseen scheduling conflicts, Plaintiff asked the Secretary to jointly request a revised briefing schedule. The Secretary agreed.
4. On January 25, 2023, counsel for proposed amicus curiae, Professor Jerry Kang, requested an extension of time and consent of the Parties to file an amicus brief in support of the Secretary's opposition. Both Parties agreed to the extension and consent to the filing.
5. No hearing has yet been scheduled on Plaintiff's Motion for Summary Judgment, and the Parties respectfully submit that the brief extensions stipulated to below will not cause any prejudice or delay in the ultimate resolution of this matter.

THEREFORE, it is hereby stipulated that:

1. Plaintiff's reply in support of its Motion for Summary Judgment, as well as any response to the Secretary's Statement of Facts, the Secretary's evidentiary objections, Request for Judicial Notice, and any other of the Secretary's submissions in support of its opposition to Plaintiff's Motion for Summary Judgment are due on **February 14, 2023**;
2. The deadline for any *amicus* submissions in support of the Secretary's opposition to Plaintiff's Motion for Summary Judgment is **February 7th, 2023**.

                                           Respectfully submitted,

Dated:  January 26, 2023                 BOYDEN GRAY & ASSOCIATES, PLLC

                                           By /s/ Michael Buschbacher
                                                 MICHAEL BUSCHBACHER
                                                 Attorney for Plaintiff

Dated:  January 26, 2023                 Respectfully submitted,

                                                 ROB BONTA
                                                 Attorney General of California
                                                 MICHAEL L. NEWMAN
                                                 Senior Assistant Attorney General
                                                 LAURA L. FAER
                                                 Supervising Deputy Attorney General
                                                 HEIDI JOYA
                                                 EDWARD NUGENT
                                                 JAMES E. RICHARDSON
                                                 KENNETH J. SUGARMAN
                                                 DELBERT K. TRAN
                                                 Deputy Attorneys General

                                                 /s/ Irina Trasovan
                                                 IRINA TRASOVAN
                                                 Deputy Attorney General

                                                 *Attorneys for California Secretary of State*

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**.

Dated:  January 26, 2023         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE