IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DR. SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01951-JAM-AC<br><br>**ORDER ON PLAINTIFF ALLIANCE FOR FAIR BOARD RECRUITMENT'S REQUEST TO FILE SUMMARY JUDGMENT REPLY BRIEF EXCEEDING PAGE LIMIT**<br><br>Date:<br>Time: 1:30 p.m.<br>Courtroom 6<br>Hon. John A. Mendez |

Upon consideration of Plaintiff Alliance for Fair Board Recruitment's request for an order extending the page limit for the reply brief in support of its motion for summary judgment, and good cause appearing therefore, the request is GRANTED.

Plaintiff Alliance for Fair Board Recruitment may file a reply brief that does not exceed fifteen (15) pages.

IT IS SO ORDERED.

Dated: February 7, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE