BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

BOYDEN GRAY & ASSOCIATES PLLC
C. BOYDEN GRAY, Admitted *Pro Hac Vice*
JONATHAN BERRY, Admitted *Pro Hac Vice*
MICHAEL BUSCHBACHER, Admitted *Pro Hac Vice*
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
buschbacher@boydengrayassociates.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>             Plaintiff,<br><br>      v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>             Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**NOTICE OF RESCHEDULED MOTION HEARING ON PLAINTIFF ALLIANCE FOR FAIR BOARD RECRUITMENT'S MOTION FOR SUMMARY JUDGMENT**<br><br>NEW DATE: April 25, 2023<br>Time: 1:30 PM |

Please take notice that the hearing on Plaintiff Alliance for Fair Board Recruitment's motion for summary judgment (ECF No. 88) has been rescheduled. The hearing will take place on **April 25, 2023 at 1:30 PM**, or as soon thereafter as the matter may be heard, before the Honorable John A. Mendez, Courtroom 6, United States District Court, Eastern District of California, 501 I Street, Sacramento, California.

Respectfully submitted,     BOYDEN GRAY & ASSOCIATES PLLC

Dated: February 21, 2023     By:     Michael Buschbacher
*Counsel for the Alliance for
    Fair Board Recruitment*
C. Boyden Gray, Admitted *Pro Hac Vice*
Jonathan Berry, Admitted *Pro Hac Vice*
Michael Buschbacher, Admitted *Pro Hac Vice*
BOYDEN GRAY & ASSOCIATES
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
buschbacher@boydengrayassociates.com