UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLIANCE FOR FAIR BOARD
RECRUITMENT,

                    Plaintiff,

        v.

SHIRLEY N. WEBER, in her
official capacity as
Secretary of State of the
State of California,

                    Defendant.

No.  2:21-cv-01951-JAM-AC

**AMENDED ORDER GRANTING
DEFENDANT'S REQUEST FOR JUDICIAL
NOTICE**

    The Court's prior order granting summary judgement in favor of Plaintiff erroneously referred to Defendant's request for judicial notice as Plaintiff's. Order, ECF No. 125, at 3. The Court hereby corrects the record and **GRANTS** Defendant's request for judicial notice of sixty-three documents pursuant to Federal Rule of Evidence 201. See Req. for Judicial Notice ("RJN"), ECF No. 115.

    IT IS SO ORDERED.

Dated: May 19, 2023       /s/ John A. Mendez
                          _____
                          THE HONORABLE JOHN A. MENDEZ
                          SENIOR UNITED STATES DISTRICT JUDGE

1