IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01951-JAM-AC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE A MOTION FOR ATTORNEY'S FEES**<br><br>Judgment entered May 16, 2023 |

Upon Consideration of the Parties' Stipulation re: Extension of Time for Plaintiff to File a Motion for Attorney's Fees, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The deadline for Plaintiff Alliance for Fair Board Recruitment to file a motion for attorney's fees shall be **EXTENDED** by 30 days. Plaintiff's motion for attorney's fees shall be filed no later than **July 13, 2023**.

IT IS SO ORDERED.

Dated: June 09, 2023                            /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE