BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Ave, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

BOYDEN GRAY & ASSOCIATES PLLC
C. BOYDEN GRAY, Admitted *Pro Hac Vice*
JONATHAN BERRY, Admitted *Pro Hac Vice*
MICHAEL BUSCHBACHER, Admitted *Pro Hac Vice*
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
berry@boydengrayassociates.com

Attorneys for Alliance for Fair Board Recruitment

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01951-JAM-AC<br><br>**NOTICE OF APPEAL**<br><br>**REPRESENTATION STATEMENT**<br><br>Judgment entered May 16, 2023 |

Plaintiff Alliance for Fair Board Recruitment appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order granting Defendant Shirley N. Weber's Motion to Dismiss as to Plaintiff's Fourteenth Amendment Equal Protection challenge to SB 826 (Count I) and Plaintiff's Constitutional Internal Affairs Doctrine Challenges to SB 826 and AB 979 (Count IV).

The Court issued its ruling from the bench during a January 11, 2022 hearing, as reflected in a minute order issued that same day. ECF No. 71. This order merged into the Court's final judgment entered May 16, 2023, and is therefore appealable pursuant to 28 U.S.C. § 1291. *See Hall v. City of Los Angeles*, 697 F.3d 1059, 1070–71 (9th Cir. 2012); *Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897–98 (9th Cir. 2001).

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiff-Appellant Alliance for Fair Board Recruitment hereby submits this Representation Statement identifying all parties to the action along with the following names, email addresses, office addresses, and telephone numbers of their respective counsel:

Counsel for Plaintiff-Appellant Alliance for Fair Board Recruitment
BENBROOK LAW GROUP, PC
Bradley A. Benbrook
Stephen M. Duvernay
701 University Ave, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

BOYDEN GRAY & ASSOCIATES PLLC
C. Boyden Gray
Jonathan Berry
Michael Buschbacher
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
berry@boydengrayassociates.com
buschbacher@boydengrayassociates.com

Counsel for Defendant-Appellee Dr. Shirley N. Weber, in her official capacity as Secretary of State of the State of California:

> Rob Bonta
> Attorney General Of California
> Michael L. Newman
> Senior Assistant Attorney General
> Laura L. Faer, laura.faer@doj.ca.gov
> Supervising Deputy Attorney General
> Heidi Joya, heidi.joya@doj.ca.gov
> Edward Nugent, edward.nugent@doj.ca.gov
> James E. Richardson, james.richardson@doj.ca.gov
> Kenneth J. Sugarman, kenneth.sugarman@doj.ca.gov
> Delbert K. Tran, Delbert.Tran@doj.ca.gov
> Irina Trasovan, Irina.Trasovan@doj.ca.gov
> Deputy Attorneys General
> 300 S. Spring Street, Suite 1702
> Los Angeles, CA 90013
> Telephone: (213) 269-6261
> Fax: (916) 731-2124

Dated: June 14, 2023

BENBROOK LAW GROUP, PC

By  s/ Bradley A. Benbrook
      BRADLEY A. BENBROOK
      Attorneys for Plaintiff

BOYDEN GRAY & ASSOCIATES PLLC

By  s/ Michael Buschbacher
      MICHAEL BUSCHBACHER
      Attorneys for Plaintiff