IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**ORDER GRANTING PLAINTIFF ALLIANCE FOR FAIR BOARD RECRUITMENT'S UNOPPOSED REQUEST TO AMEND JUDGMENT TO ENTER PERMANENT INJUNCTION** |

Upon consideration of Plaintiff Alliance for Fair Board Recruitment's Unopposed Request to Amend Judgment to Enter Permanent Injunction, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Plaintiff's Unopposed Request is **GRANTED**. The Court further ORDERS THAT:

Defendant Shirley N. Weber, in her official capacity as Secretary of State of the State of California, as well as any and all of her subordinate officers, agents, servants, employees, or any other persons working in active concert or participation with her who receive actual notice of the injunction, are PERMANENTLY ENJOINED from any and all enforcement or application of AB 979.

As this amendment is not substantive and serves only to clarify the Court's judgment, the amendment does not affect either party's filing deadlines, including for any motion or notice of appeal.

IT IS SO ORDERED.

Dated: June 15, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE