IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DR. SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01951-JAM-AC<br><br>**ORDER HOLDING IN ABEYANCE PROCEEDINGS REGARDING ATTORNEY'S FEES AND COSTS DURING PENDENCY OF APPEAL**<br><br>Judgment entered May 16, 2023 |

Upon Consideration of the Parties' Stipulation And Request For An Order Holding In Abeyance Proceedings Regarding Attorney's Fees And Costs During Pendency Of Appeal, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

All proceedings concerning the parties' entitlement to attorney's fees and costs are held in abeyance pending the resolution of the cross-appeals currently pending before the Ninth Circuit, Nos. 23-15900 & 23-15901.  The deadline to file a motion for attorney's fees shall be **30 days** after the Ninth Circuit issues its mandate in the cross-appeals.

IT IS SO ORDERED.

Dated: July 10, 2023                        /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE