BOYDEN GRAY & ASSOCIATES PLLC
C. BOYDEN GRAY, Admitted *Pro Hac Vice*
JONATHAN BERRY, Admitted *Pro Hac Vice*
MICHAEL BUSCHBACHER, Admitted *Pro Hac Vice*
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
buschbacher@boydengrayassociates.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>                Plaintiff,<br><br>   v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>                Defendant. | Case No.: 2:21-cv-01951-JAM-AC<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF C. BOYDEN GRAY** |

1  Undersigned counsel for Plaintiff Alliance for Fair Board Recruitment hereby gives notice
2  that attorney C. Boyden Gray passed away on May 21, 2023, and therefore should be terminated as
3  an attorney in this action. Plaintiff continues to be represented by other attorneys who have appeared
4  in this case.

Respectfully submitted,  BOYDEN GRAY & ASSOCIATES PLLC

Dated: July 18, 2023

By: /s/ Michael Buschbacher
*Counsel for the Alliance*
Michael Buschbacher, Admitted *Pro Hac Vice*
BOYDEN GRAY & ASSOCIATES
801 17th Street NW, Suite 350
Washington, DC 20006
Telephone: (202) 955-0620
buschbacher@boydengrayassociates.com

## CERTIFICATE OF SERVICE

1  I hereby certify that this document filed through the CM/ECF system will be sent electroni-
2
3  cally to the registered participants as identified on the Notice of Electronic Filing.

4  Dated: July 18, 2023                                    /s/ Michael Buschbacher
5                                                          Michael Buschbacher
                                                           BOYDEN GRAY & ASSOCIATES
6                                                          801 17th Street NW, Suite 350
                                                           Washington, DC 20006
7                                                          Telephone: (202) 955-0620
                                                           buschbacher@boydengrayassoci-
8                                                          ates.com