1  BOYDEN GRAY PLLC
2  JONATHAN BERRY (*pro hac vice*)
   MICHAEL BUSCHBACHER (*pro hac vice*)
3  800 Connecticut Ave. NW, Suite 900
   Washington, DC 20006
4  Telephone: (202) 955-0620
   jberry@boydengray.com
5
6  *Counsel for Plaintiff*
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11
12 ALLIANCE FOR FAIR BOARD          Case No.: 2:21-cv-01951-JAM-AC
   RECRUITMENT,
13
                Plaintiff,          **NOTICE OF WITHDRAWAL OF**
14                                  **COUNSEL JONATHAN BERRY**
         v.
15
   SHIRLEY N. WEBER, in her official capacity
16 as Secretary of State of the State of California,
17
                Defendant.
18

NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN BERRY

    Pursuant to Local Rule 182(d), attorney Jonathan Berry respectfully withdraws his appearance as counsel for Plaintiff Alliance for Fair Board Recruitment in this case, because he will be leaving his employment with Boyden Gray PLLC. Plaintiff will continue to be represented by Michael Buschbacher of Boyden Gray PLLC and by other attorneys who have appeared in this case.

| | |
|---|---|
| Respectfully submitted, | BOYDEN GRAY PLLC |
| Dated: October 16, 2025 | By: */s/* Jonathan Berry |
| | Jonathan Berry (*pro hac vice*) |
| | Michael Buschbacher (*pro hac vice*) |
| | BOYDEN GRAY PLLC |
| | 800 Connecticut Ave. NW, Suite 900 |
| | Washington, DC 20006 |
| | Telephone: (202) 955-0620 |
| | jberry@boydengray.com |
| | |
| | *Counsel for Plaintiff Alliance for Fair Board Recruitment* |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: October 16, 2025

By: /s/ Jonathan Berry
Jonathan Berry (*pro hac vice*)
Michael Buschbacher (*pro hac vice*)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
Telephone: (202) 955-0620
jberry@boydengray.com